

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00650-CR

**IN RE** Henry Gerald **VICHIQUE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: October 2, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On September 20, 2019, relator filed a pro se petition for writ of mandamus complaining of the trial court's decision to deny him a hearing on his "petition." Relator did not provide this court with a record. In the absence of any record, this court cannot say the trial court abused its discretion. Therefore, this court concludes relator is not entitled to the relief sought and the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. CC616922, styled *The State of Texas v. Henry Gerald Vichique*, pending in the County Court at Law No. 13, Bexar County, Texas, the Honorable Rosie S. Gonzalez presiding.